CHARLES PETERSON, Appellant, v. RUTH DUNN, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur, except Dowling and Harris, JJ., who dissent and vote for reversal on the law and for granting a new trial on the ground that the court erred in not submitting to the jury the question of defendant's liability for injuries resulting to plaintiff when defendant's car ran over him. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EASTERN AUTOMOBILE FORWARDING CO., INC., Appellant, v. DANIEL WHITE, Respondent. DANIEL WHITE, Respondent, v. EASTERN AUTOMOBILE FORWARDING CO., INC., and LEROY FENNE, Appellants.— Order, so far as appealed from, reversed on the law and facts as a matter of discretion, with ten dollars costs and disbursements, and trial of the consolidated action directed to be held in Erie county. All concur. (The portion of the order appealed from provides that the place of trial of the consolidated action shall be in New York county.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

MARY ARROWAY, an Infant, etc., Plaintiff, v. SAM DE FRANCO, ROY YELL, Respondents, and GLENN D. GUYLE, Appellant. (Action No. 1.) ANNA ARROWAY, Plaintiff, v. SAM DE FRANCO, ROY YELL, Respondents, and GLENN D. GUYLE, Appellant. (Action No. 2.) ARTHUR ESTRIDGE, Plaintiff, v. SAM DE FRANCO, ROY YELL, Respondents, and GLENN D. GUYLE, Appellant. (Action No. 3.) RUTH H. BURDICK, an Infant, etc., Plaintiff, v. SAM DE FRANCO, ROY YELL, Respondents, and GLENN D. GUYLE, Appellant. (Action No. 4.) — Orders reversed, with ten dollars costs and disbursements, and motions granted, without costs. Memorandum: The plaintiffs having brought action against the three defendants on the theory that the defendant Guyle is liable for the acts of the codefendants, it is in the interest of justice that multiplicity of suits be avoided by one trial of the issues raised by the complaints and the answers and the cross-complaints herein, and for that reason the order dismissing the cross-complaints should be reversed, and the motion to bring the codefendants in as defendants to such cross-complaints be granted. All concur. (One order denies in each action a motion by defendant Guyle for issuance of a supplemental summons directed to defendants De Franco and Yell, and the other order grants a motion by said defendants to dismiss the cross-complaints contained in the answers of defendant Guyle.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.